# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| DELORIS E. BOAZ,<br>*Plaintiff*<br>v.<br>STATE OF WASHINGTON, TROOPER T. SHIREY; TROOPER GREGG S. RIDDELL; and CAPTAIN WES ROTHWELL, Field Operations Bureau,<br>*Defendant* | Civil Action No.  CV-13-3020-EFS |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other:  Plaintiff's Amended Complaint is dismissed with prejudice.  Judgment is hereby entered in favor of all Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: July 10, 2013

CLERK OF COURT

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb